| | |
|---|---|
| Attorney Name, Address, Telephone and FAX<br>Ure Law Firm<br>Thomas B. Ure SBN: 170492<br>8280 Florence Ave., Suite 200<br>Downey, CA 90240<br>tom@urelawfirm.com<br>Tel.: 213-202-6070<br>Fax: 213-202-6075 | File with U.S. TRUSTEE Only |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Marmar Bedford, LLC<br>Debtor(s) | Chapter 11 Case Number<br>2:26-bk-17207-BB |
| **NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** | |

| | |
|---|---|
| 1. Name of Insider: | Marmar Realty Inc |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Management Company owned by Jessica Brand, who is daughter of managing member of Debtor |
| 3. Date when relationship with Debtor commenced: | April 2023 |
| 4. Position title: | Owner/Manager |
| 5. Position Description: | Property Management |
| 6. Assigned Duties: | Property Management Services |
| 7. Date employed in current position: | since 2023 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | N/A |
| 10. Total amount of compensation and payment interval: | Monthly |
| 11. Breakdown of compensation (specify amount and payment interval. | 5% of the Monthly Income; Costs associated with Mgmt Service |
| Salary: | |
| Perquisites (total, detail below): | |

| | |
|---|---|
| Car Allowance: | |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Rent |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | Secured lenders of debtor |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | 44,029.42 |
| Compensation: | |
| Loans: | |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: August ____, 2026

Marvin Markowitz, Managing Member
Print Name and Title of Authorized Agent for Debtor

SEE Attach
Signature of Authorized Agent for Debtor

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| | |
|---|---|
| Car Allowance: | |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Rent |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | Secured lenders of debtor |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | 44,029.42 |
| Compensation: | |
| Loans: | |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: August 21, 2026

Marvin Markowitz, Managing Member
Print Name and Title of Authorized Agent for Debtor

X [signature]
Signature of Authorized Agent for Debtor

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| In re: **Marmar Bedford, LLC** Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **2:26-bk-17207-BB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Setting Increasing/Insider Compensation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/21/26** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Shannon A Doyle** sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

**David Samuel Shevitz** David.S.Shevitz@usdoj.gov

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**Thomas B Ure** tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **8/21/26** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **8/21/26** | **Stacy Marin** | **/s/ Stacy Marin** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:26-bk-17207-BB
Central District of California
Los Angeles
Fri Aug 21 12:59:56 PDT 2026

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Marmar Bedford, LLC
493 S. Robertson Blvd.
Beverly Hills, CA 90211-3603

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Bridget Garrity/ Or Mishael Keisar/
Danielle Hanien
1226 S Bedford Street Unit 503
Los Angeles, CA 90035-2382

Brittany Bronson
1226 S Bedford Street Unit 101
Los Angeles, CA 90035-2380

David Starck/ Sara Stack
1226 S Bedford Street Unit 203
Los Angeles, CA 90035-2380

David Dayani Kalimi/ Ladan Dayani/
Nazzaneen Dayani
1226 S Bedford Street Unit 301
Los Angeles, CA 90035-2381

Evoque Lending
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210-4614

(p)FAY SERVICING LLC
P O BOX 814609
DALLAS TX 75381-4609

Gedaliah Nektalov
1226 S Bedford Street Unit 403
Los Angeles, CA 90035-2381

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Keith Trenton Harvey II/ Elizabeth
Elizabeth Schoen
1226 S Bedford Street Unit 402
Los Angeles, CA 90035-2381

Liav Abudi/ Ido Yechezkel Chen
1226 S Bedford Street Unit 102
Los Angeles, CA 90035-2380

Marvin Markowitz
493 S. Robertson Blvd.
Beverly Hills, CA 90211-3603

Maytal Goldenberg
1226 S Bedford Street Unit 304
Los Angeles, CA 90035-2381

Morolake Akinosun
1226 S Bedford Street Unit 202
Los Angeles, CA 90035-2380

Nader Filsoof
1226 S Bedford Street Unit 201
Los Angeles, CA 90035-2380

Naphtali Nektalov/ Janna Berenson
1226 S Bedford Street Unit 404
Los Angeles, CA 90035-2381

Orel Dangor
1226 S Bedford Street Unit 303
Los Angeles, CA 90035-2381

Rachel Feinberg/ Emil Stern
1226 S Bedford Street Unit 401
Los Angeles, CA 90035-2381

Select Portfolio Servicing, Inc.
Attn: Bankruptcy
P.O. Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
Attn: Bankruptcy Dept.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Selene
P. O. Box 8619
Philadelphia, PA 19101-8619

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

United States Trustee (LA) ECF
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Valeria Cacho Sousa Valdizan/
Camila Rojas/ Giovana Brito
1226 S Bedford Street Unit 204
Los Angeles, CA 90035-2380

Yossi II Vahaba/ Dariya Vahaba
1226 S Bedford Street Unit 501
Los Angeles, CA 90035-2382

Thomas B Ure ECF
Ure Law Firm
8280 Florence Avenue
Suite 200
Downey, CA 90240-3963

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Fay Servicing
1601 LBJ Freeway Suite 150
Farmers Branch, TX 75234

(d)Los Angeles County Treasurer & Tax
Collector
PO Box 54110
Los Angeles, CA 90054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 1 |
| Total | 34 |