Ure Law Firm
8280 Florence Avenue, Suite 200
Downey, CA 90240
TEL.: (213) 202-6070
FAX.: (213) 202-6075
Thomas B. Ure (CA State Bar No. 170492)
email: tom@urelawfirm.com

(SPACE BELOW FOR FILING STAMP ONLY)

Proposed Attorney for
Chapter 11 Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>Marmar Bedford, LLC,<br><br>Debtor-in-Possession. | Case No. 2:26-bk-17207-BB<br><br>CHAPTER 11<br><br>**NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]**<br><br>DATE: TBD<br>TIME: TBD<br>PLACE: Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>[FILED CONCURRENTLY WITH AN APPLICATION FOR AN ORDER SHORTENING TIME] |

**TO: THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT the Debtor moves this court for an order authorizing the use of cash collateral through the date of confirmation of a chapter 11 plan or dismissal of this case.

**NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:**

Your rights might be affected by this Motion. You may want to consult an attorney. Refer

below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as consent to the relief sought in the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and also serve a copy on the judge assigned to this bankruptcy case pursuant to LBR 5005-2(d) and the Court Manual.

**HEARING REQUESTED ON SHORTENED NOTICE UNDER LBR 9075-1(B):**

The Debtor has filed a separate application asking the court to set a hearing on shortened notice, entitled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Debtor will provide written notice of a regular hearing date or other proposed disposition of this Motion.

Respectfully submitted,

Dated: September 14, 2026

By: /s/ Thomas B. Ure
Thomas B. Ure
Ure Law Firm
Proposed Attorney for Debtor

## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

Cash collateral is defined in 11 U.S.C. § 363 (Cash Collateral).

Pursuant to 11 U.S.C. § 363(c)(2), a debtor cannot use Cash Collateral without court approval or the consent of a creditor with an interest in the Cash Collateral.

The Debtor filed this Motion because it requires the use of what a creditor or lienholder may claim to be Cash Collateral.

The Debtor in this case filed a voluntary petition. The court has jurisdiction to grant the relief requested in this motion pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 363.

The Debtor believes that the use of Cash Collateral is necessary for the Debtor to continue the Debtor's operations and to reorganize.

**COLLATERAL**

The subject collateral is a 20 unit apartment building located at 1226 S Bedford Street, Los Angeles, CA 90036.

Debtor seeks to use the rents generated from the collateral (cash collateral) to pay utilities, maintenance, management, property taxes and insurance. Rent roll is attached to the Declaration of Marvin Markowitz as Exhibit A. The Debtor's proposed budget is attached to the Declaration of Marvin Markowitz as Exhibit B.

**ADEQUATE PROTECTION**

Debtor asserts that the equity in the Collateral is sufficient to adequately protect each lienholder's interests. The value of the collateral and the liens on the subject property are attached to the Declaration of Marvin Markowitz as Exhibit C.

**ADDITIONAL PROVISIONS**

In addition to the expenses set forth in the proposed budget(s), the Debtor requests:

a. to use Cash Collateral to pay quarterly fees to the United States trustee and to pay any required fees to the court;

b. to deviate from the line item expenses in the proposed budget by no more than 15 percent on both a line item and aggregate basis without the need to seek further order of the court;

c. as some expenses, such as insurance, may not be required to be paid every month, to the extent that the amount allotted to a particular expense in a particular month is not used during that month, the Debtor requests permission to use that unused amount in subsequent months in payment of that particular expense for the duration of the period in which the Debtor is granted the use of Cash Collateral.

**NO ADDITIONAL MODIFICATION OF LIENHOLDERS RIGHTS**

Other than as indicated herein, use of Cash Collateral is not intended to modify the rights of affected lienholders pursuant to the existing agreement between the lienholders and the Debtor.

**CONCLUSION**

The Debtor requests that the court allow the use of the Cash Collateral pursuant to the terms of this Motion, the Declaration of Marvin Markowitz and the proposed budget.

Dated: September 14, 2026

Respectfully submitted,

By: /s/ Thomas B. Ure
Thomas B. Ure
Ure Law Firm
Proposed Attorney for Debtor

## DECLARATION OF MARVIN MARKOWITZ

I, **Marvin Markowitz,** do hereby declare under penalty of perjury, that the following is true and correct to the best of my personal knowledge and if called upon to testify thereto, I could and would do so competently and truthfully.

1. I am the managing member of Debtor in this bankruptcy case.
2. Debtor is the owner of the Collateral consisting of 20 units located at 1226 S. Bedford Street, Los Angeles, CA 90036.
3. Debtor has and continues to collect rent from the Collateral. Said rents are Cash Collateral for some or all of the lenders with security interest in the Collateral. Attached hereto, marked Exhibit A, is a true and correct list of current rents for each unit.
4. The use of Cash Collateral is necessary in this case because the requested expenses in the budget are required to maintain the building and to have continued revenue. See Exhibit B for a list of expenses.
5. The value of the Collateral and the amounts of the claims secured by the Collateral and the equity in the Collateral is listed on the attached Exhibit C.
6. Debtor request that, in addition to the monthly budget, it be permitted to make a lump sum payment of $13,757.09 for unsecured property tax bill due September 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2026, at Beverly Hills, California.

**SEE ATTACH**

Marvin Markowitz
Managing Member of Marmar Bedford, LLC

## DECLARATION OF MARVIN MARKOWITZ

I, **Marvin Markowitz,** do hereby declare under penalty of perjury, that the following is true and correct to the best of my personal knowledge and if called upon to testify thereto, I could and would do so competently and truthfully.

1. I am the managing member of Debtor in this bankruptcy case.
2. Debtor is the owner of the Collateral consisting of 20 units located at 1226 S. Bedford Street, Los Angeles, CA 90036.
3. Debtor has and continues to collect rent from the Collateral. Said rents are Cash Collateral for some or all of the lenders with security interest in the Collateral. Attached hereto, marked Exhibit A, is a true and correct list of current rents for each unit.
4. The use of Cash Collateral is necessary in this case because the requested expenses in the budget are required to maintain the building and to have continued revenue. See Exhibit B for a list of expenses.
5. The value of the Collateral and the amounts of the claims secured by the Collateral and the equity in the Collateral is listed on the attached Exhibit C.
6. Debtor request that, in addition to the monthly budget, it be permitted to make a lump sum payment of $13,757.09 for unsecured property tax bill due September 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2026, at Beverly Hills, California.

Marvin Markowitz
Managing Member of Marmar Bedford, LLC

# EXHIBIT A

| Lease start date | Lease expiration date | LEASE PRICE | Amount Paid after Concessions | Other monthly charges, if any |
|---|---|---|---|---|
| 12/1/2023 | 11/30/2024 | 3,920.00 | 2,700.00 | |
| 1/1/2025 | 12/31/2025 | 4,900.00 | 4,900.00 | |
| 8/1/2026 | 8/31/2027 | 4,995.00 | 4,350.00 | |
| 3/1/2026 | 2/28/2027 | 1,126.03 | 1,126.03 | |
| 9/1/2023 | | 5,600.00 | 4,000.00 | |
| 11/15/2024 | 11/30/2025 | 5,400.00 | 4,950.00 | |
| 7/1/2026 | 7/31/2027 | 5,400.00 | 5,400.00 | |
| 4/1/2026 | 9/30/2026 | 6,098.00 | 6,098.00 | |
| 5/15/2026 | 6/30/2027 | 5,800.00 | 5,800.00 | |
| 3/1/2026 | 3/31/2027 | 5,500.00 | 5,500.00 | |
| 7/15/2023 | 8/14/2024 | 5,700.00 | 5,700.00 | |
| 9/1/2023 | 8/31/2024 | 1,161.00 | 1,161.00 | |
| 5/1/2024 | 4/30/2025 | 5,800.00 | 5,800.00 | |
| 2/15/2025 | 2/28/2026 | 5,950.00 | 5,950.00 | |
| 2/15/2024 | 3/31/2025 | 5,600.00 | 5,600.00 | |
| 9/1/2025 | 8/31/2026 | 5,400.00 | 5,400.00 | |
| 1/15/2025 | 1/31/2026 | 5,750.00 | 5,750.00 | |
| 12/29/2025 | 12/31/2026 | 5,995.00 | 5,995.00 | |
| 9/15/2024 | 9/30/2025 | 5,800.00 | 5,800.00 | |
| 6/25/2026 | 7/31/2027 | 5,895.00 | 5,895.00 | |
| | | 101,790.03 | 97,875.03 | |

# EXHIBIT B

| Company | Item | Amount (US $) | |
|---|---|---|---|
| Los Angeles Department of Water and Power (LADWP) | Water and electricity | $4,500.00 | |
| Southern California Gas Company (SoCalGas) | Gas | $600.00 | |
| First Insurance Funding | Property casualty insurance | $5,143.86 | |
| Republic Services | Trash | $900.00 | |
| Otis Elevator | Elevator maintenance | $502.26 | |
| Lloyd Pest Control | Pest control | $75.00 | |
| Amtrust Financial | Worker's Compensation Insurance | $314.00 | |
| Spectrum | Internet/Phone Lines | $500.00 | |
| GP Cleaning | Building cleaning | $650.00 | |
| GP Cleaning | Apartment Cleaning When Vacant | $500.00 | |
| Antonio Orellana | Gardener | $250.00 | |
| Gelbart Electrical | Electrical Repairs | $250.00 | |
| Marmar Realty (pending insider compensation) | Management | $4,700.00 | |
| Marmar Development (pending insider compensation) | Maintenance | $750.00 | |
| Various vendors | Building maintenance | $1,000.00 | |
| Lowes/Home Deposit/Sherwin Williams/Etc | Paint and Misc Building Supplies | $200.00 | |
| Elite Air Conditioning and Heating | HVAC Maintenance/Repairs | $300.00 | |
| HVAC MAINTENANCE & FILTER | HVAC MAINTENANCE & FILTER | $167.00 | $2,000.00 every June/July |
| Air Test Guru | Environmental Testing - When Applicable | $300.00 | |
| UNSECURED PROPERTY TAX | Property Taxes | $1,146.42 | $13,757.09 annually due 09/30/26 |
| Franchise Tax Board - City of LA | Business/State Taxes | $375.00 | |
| City of Los Angeles | City of LA Costs (Sys Code/Elev Permit) | $130.00 | |
| Accounting (pending insider compensation) | Accounting | $200.00 | |
| BZH Properties or Other Agents(pending insider compensation) | Leasing Commission When Applicable | $900.00 | |
| Z&S Fire | Fire Alarm Testing and Extinguishers | $150.00 | |
| SBR Roofing | Roofing Maintenance | $250.00 | |
| West Coast Repair | Appliance Repairs | $500.00 | |
| Thrifty Rooter | Plumbing Repairs/Maintenance | $300.00 | |
| Plumbing maintenance | Main line service | $375.00 | $4,500.00 every May/June |
| Paylocity | Onsite Manager Reporting | $95.00 | |
| | | $26,023.54 | |

# EXHIBIT C

| **Total Value on Units** | **Total Secured Liens** | **Equity** |
|---|---|---|
| $29,455,000.00 | $19,856,643.76 | $9,598,357.00 |

| In re: Marmar Bedford, LLC Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **2:26-bk-17207-BB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200, Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/14/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**David Coats** dacoats@raslg.com

**Shannon A Doyle** sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

**Crystle Jane Lindsey** clindsey@ghidottiberger.com

**David Samuel Shevitz** David.S.Shevitz@usdoj.gov

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**Thomas B Ure** tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **9/14/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Honorable Sheri Bluebond**
**255 E. Temple Street, Suite 1534 / Courtroom 1539**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **9/14/2026** | **Stacy Marin** | **/s/ Stacy Marin** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:26-bk-17207-BB
Central District of California
Los Angeles
Mon Sep 14 13:48:43 PDT 2026

California Department of Tax and Fee Adminis
Collections Support Bureau, MIC 29
PO Box 942879
Sacramento, CA 94279-0029

ComputerShare Trust Company, N.A
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Marmar Bedford, LLC
493 S. Robertson Blvd.
Beverly Hills, CA 90211-3603

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Bridget Garrity/ Or Mishael Keisar/
Danielle Hanien
1226 S Bedford Street Unit 503
Los Angeles, CA 90035-2382

Brittany Bronson
1226 S Bedford Street Unit 101
Los Angeles, CA 90035-2380

David Starck/ Sara Stack
1226 S Bedford Street Unit 203
Los Angeles, CA 90035-2380

David Dayani Kalimi/ Ladan Dayani/
Nazzaneen Dayani
1226 S Bedford Street Unit 301
Los Angeles, CA 90035-2381

Evoque Lending
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210-4614

(p)FAY SERVICING LLC
P O BOX 814609
DALLAS TX 75381-4609

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

Gedaliah Nektalov
1226 S Bedford Street Unit 403
Los Angeles, CA 90035-2381

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Keith Trenton Harvey II/ Elizabeth
Elizabeth Schoen
1226 S Bedford Street Unit 402
Los Angeles, CA 90035-2381

Liav Abudi/ Ido Yechezkel Chen
1226 S Bedford Street Unit 102
Los Angeles, CA 90035-2380

Marvin Markowitz
493 S. Robertson Blvd.
Beverly Hills, CA 90211-3603

Maytal Goldenberg
1226 S Bedford Street Unit 304
Los Angeles, CA 90035-2381

Morolake Akinosun
1226 S Bedford Street Unit 202
Los Angeles, CA 90035-2380

Nader Filsoof
1226 S Bedford Street Unit 201
Los Angeles, CA 90035-2380

Naphtali Nektalov/ Janna Berenson
1226 S Bedford Street Unit 404
Los Angeles, CA 90035-2381

Orel Dangor
1226 S Bedford Street Unit 303
Los Angeles, CA 90035-2381

Rachel Feinberg/ Emil Stern
1226 S Bedford Street Unit 401
Los Angeles, CA 90035-2381

Select Portfolio Servicing, Inc.
Attn: Bankruptcy
P.O. Box 65250
Salt Lake City, UT 84165-0250

Select Portfolio Servicing, Inc.
Attn: Bankruptcy Dept.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Selene
P. O. Box 8619
Philadelphia, PA 19101-8619

Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

U.S. Bank Trust Company, National, et al
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

United States Trustee (LA) ECF
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Valeria Cacho Sousa Valdizan/
Camila Rojas/ Giovana Brito
1226 S Bedford Street Unit 204
Los Angeles, CA 90035-2380

Yossi II Vahaba/ Dariya Vahaba
1226 S Bedford Street Unit 501
Los Angeles, CA 90035-2382

Thomas B Ure ECF
Ure Law Firm
8280 Florence Avenue
Suite 200
Downey, CA 90240-3963

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Fay Servicing
1601 LBJ Freeway Suite 150
Farmers Branch, TX 75234

(d)Los Angeles County Treasurer & Tax
Collector
PO Box 54110
Los Angeles, CA 90054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ComputerShare Trust Company, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

(u)Courtesy NEF

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 37 |
| Bypassed recipients | 2 |
| Total | 39 |