UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES

In Re. Marmar Bedford, LLC §
§
§
Debtor(s) §

Case No. 26-17207

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 07/21/2026

Months Pending: 0

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Marvin Markowitz
Signature of Responsible Party

09/28/2026
Date

Marvin Markowitz
Printed Name of Responsible Party

493 S. Robertson Blvd. Beverly Hills, CA 90211
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $218,607 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $168,062 | $168,062 |
| d. | Cash balance end of month (a+b-c) | $50,545 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $168,062 | $168,062 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d | Total current assets | $29,464,914 |
| e. | Total assets | $29,469,914 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $19,856,644 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $19,856,644 |
| o. | Ending equity/net worth (e-n) | $9,613,270 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Ure Law Firm | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | xcix | | | | | | | |
| | c | | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | Yes | No | N/A | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | ○ | ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | ○ | ● | | |
| c. | Were any payments made to or on behalf of insiders? | ○ | ● | | |
| d. | Are you current on postpetition tax return filings? | ● | ○ | | |
| e. | Are you current on postpetition estimated tax payments? | ○ | ● | | |
| f. | Were all trust fund taxes remitted on a current basis? | ○ | ● | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | ○ | ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | ○ | ○ | ● | |
| i. | Do you have: Worker's compensation insurance? | ● | ○ | | |
| | If yes, are your premiums current? | ○ | ● | ○ | (if no, see Instructions) |
| | Casualty/property insurance? | ● | ○ | | |
| | If yes, are your premiums current? | ● | ○ | ○ | (if no, see Instructions) |
| | General liability insurance? | ○ | ● | | |
| | If yes, are your premiums current? | ○ | ○ | ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | ○ | ● | | |
| k. | Has a disclosure statement been filed with the court? | ○ | ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | ● | ○ | | |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Marvin Markowitz | Marvin Markowitz |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Managing Member | 09/28/2026 |
| Title | Date |

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Marmar Bedford, LLC Case No. 26-17207

PageThree

PageFour

GENESIS BANK
4675 MacArthur Ct. Suite 1600
Newport Beach, CA 92660

## Statement Ending 07/31/2026

*MARMAR BEDFORD, LLC* 

*Customer Number: XXXXX1383*

### Managing Your Accounts

| | |
|---|---|
| Branch Name | Headquarters |
| Service Center | 888-811-7531<br>service@mygenesisbank.com |
| Mailing Address | 4675 MacArthur Ct, Ste 1600<br>Newport Beach, CA 92660 |
| Website | www.mygenesisbank.com |

MARMAR BEDFORD, LLC
DEBTOR-IN-POSSESSION
CASE # 2 25-BK-20775-BB
493 S ROBERTSON BLVD
BEVERLY HILLS CA 90211-3603

## Final Statement

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| NEXTGEN ANALYZED ACCOUNT | XXXXX1383 | $0.00 |

## NEXTGEN ANALYZED ACCOUNT - XXXXX1383

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2026** | **Beginning Balance** | **$326,504.26** |
| | 14 Credit(s) This Period | $108,070.03 |
| | 89 Debit(s) This Period | $434,574.29 |
| **07/31/2026** | **Ending Balance** | **$0.00** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/01/2026** | **Beginning Balance** | | | **$326,504.26** |
| 07/01/2026 | LADWP WEB PAY 4677694302 | $1,060.47 | | $325,443.79 |
| 07/01/2026 | LADWP WEB PAY 4758614889 | $3,224.35 | | $322,219.44 |
| 07/01/2026 | CHECK # 89 | $95.00 | | $322,124.44 |
| 07/01/2026 | CHECK # 88 | $150.00 | | $321,974.44 |
| 07/01/2026 | CHECK # 73 | $175.00 | | $321,799.44 |
| 07/01/2026 | CHECK # 74 | $180.00 | | $321,619.44 |
| 07/01/2026 | CHECK # 90 | $280.00 | | $321,339.44 |
| 07/01/2026 | CHECK # 75 | $350.00 | | $320,989.44 |
| 07/01/2026 | CHECK # 79 | $1,041.05 | | $319,948.39 |
| 07/01/2026 | CHECK # 87 | $1,100.00 | | $318,848.39 |
| 07/03/2026 | EDI PYMNTS Chargie, LLC NTE* OBI* Invoice Q1226 65143063 Payment to vendors fo | | $406.05 | $319,254.44 |
| 07/03/2026 | Marmar Realty, I Net Settle 000027422386474 | | $5,800.00 | $325,054.44 |
| 07/03/2026 | APPFOLIO VV9T 8666481536 | | $12,788.77 | $337,843.21 |
| 07/06/2026 | Marmar Realty, I Net Settle 000027431291990 | | $12,416.00 | $350,259.21 |
| 07/06/2026 | CHECK # 82 | $65.00 | | $350,194.21 |
| 07/06/2026 | CHECK # 86 | $65.00 | | $350,129.21 |
| 07/06/2026 | CHECK # 85 | $149.00 | | $349,980.21 |

FDIC

Follow the steps below to reconcile your statement balance with your check register balance.
*DENOTES A POINT AT WHICH ONE OR MORE CHECK SERIAL NUMBERS ARE UNACCOUNTED FOR THIS STATEMENT PERIOD. IT MAY INDICATE OUTSTANDING CHECKS OR CHECKS SHOWN ON PREVIOUS STATEMENTS.

OUTSTANDING CHECKS
(List outstanding checks, withdrawals, and other debits)

| NO. | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

RECONCILIATION INSTRUCTIONS

1 Sort checks in sequence by check number.

2 Compare each endorsed check with your check stub or check register and mark "PAID."

3 Record the Bank balance shown on front of statement in Box 3 at right. 3

4 Compare deposits shown on statement, including bank originated credits, with those entered in your check register. Add any not shown on your statement in Box 4 at right. 4

5 Sub-Total Boxes 3 + 4 and record amount in Box 5. 5

6 Record total amount of outstanding checks in Box 6. 6

7 Subtract Box 6 from Box 5 to record Account Balance in Box 7. 7

8 Record your check register balance in Box 8. 8

9 Record the total of any bank charges, including monthly service charge and automatic repayments or transfers you have authorized and have been deducted on this statement, in Box 9. 9

10 Subtract Box 9 from Box 8 to record Adjusted Check Register Balance in Box 10. 10

IMPORTANT: Adjusted check register balance should agree with account balance.
Descriptions of ACH items are printed as supplied by originating company. Any charge for imprinted checks includes state sales tax computed at the current rate when applicable.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 888-811-7531 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, and/or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is an error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC TRANSACTIONS:** Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the Bank in writing no later than 30 days after the statement was made available to you.

**PREAUTHORIZED CREDITS:** If you have arranged to have direct deposit(s) made to your account at least once every 60 days from the same person or company, you can call us at 888-811-7531 to verify whether or not the deposit has been made.

**CLIENT SERVICE INFORMATION** WRITE to us at the address on the front of the statement or CALL: 888-811-7531

**BILLING RIGHTS SUMMARY** What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, contact us at the address shown on the front of this statement or online at www.mygenesisbank.com. Please provide the following information:

1. Account Information: Your name and account number
2. Dollar Amount: The dollar amount of the suspected error
3. Description of Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may also call us; however, if you only call, we are not required to investigate potential errors and you may have to pay the amount in question.

While we investigate whether there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IMPORTANT INFORMATION ABOUT YOUR CREDIT LINE (IF APPLICABLE)**

Periodic INTEREST CHARGES on credit advances under your credit line will begin to accrue on the date credit advances are posted to your Credit Line and for each day during your billing cycle on which you have an outstanding balance at the end of the day.

Balance subject to Interest Rate and Interest Charge Calculation. We calculate the INTEREST CHARGE on your Account by applying the periodic rate to the "daily balance" of your Account (including current transactions). To get the "daily balance," we take the beginning balance of your Account each day, add any new advances and fees, and subtract any payments or credits. This gives use the daily balance.

**FAIR CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## NEXTGEN ANALYZED ACCOUNT - XXXXX1383 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/06/2026 | CHECK # 83 | $180.00 | | $349,800.21 |
| 07/06/2026 | CHECK # 84 | $509.00 | | $349,291.21 |
| 07/07/2026 | REMOTE CAPTURE DEPOSIT | | $7,267.39 | $356,558.60 |
| 07/07/2026 | APPFOLIO VV9T 8666481536 | | $6,700.00 | $363,258.60 |
| 07/07/2026 | Marmar Realty, I Net Settle 000027449343102 | | $8,237.03 | $371,495.63 |
| 07/07/2026 | AMTRUST NA PAYMENT 42887059 | $314.00 | | $371,181.63 |
| 07/07/2026 | SPECTRUM SPECTRUM 5293382 | $321.40 | | $370,860.23 |
| 07/08/2026 | REMOTE CAPTURE DEPOSIT | | $21,590.00 | $392,450.23 |
| 07/08/2026 | Marmar Realty, I Net Settle 000027472670410 | | $12,388.00 | $404,838.23 |
| 07/09/2026 | CHECK # 78 | $128.00 | | $404,710.23 |
| 07/09/2026 | CHECK # 92 | $150.00 | | $404,560.23 |
| 07/09/2026 | CHECK # 94 | $150.00 | | $404,410.23 |
| 07/09/2026 | CHECK # 81 | $160.00 | | $404,250.23 |
| 07/09/2026 | CHECK # 93 | $200.00 | | $404,050.23 |
| 07/10/2026 | CHECK # 69 | $350.00 | | $403,700.23 |
| 07/13/2026 | Outgoing Wire 21169 Ure Law Firm Client Trust Account | $10,703.00 | | $392,997.23 |
| 07/13/2026 | SPECTRUM SPECTRUM 7180231 | $135.49 | | $392,861.74 |
| 07/14/2026 | Outgoing Wire 21188 Ure Law Firm Client Trust Account | $6,421.15 | | $386,440.59 |
| 07/14/2026 | CHECK # 95 | $2,025.00 | | $384,415.59 |
| 07/15/2026 | CHECK # 99 | $325.00 | | $384,090.59 |
| 07/16/2026 | REMOTE CAPTURE DEPOSIT | | $292.51 | $384,383.10 |
| 07/16/2026 | Outgoing Wire 21234 Libby Markowitz | $35,000.00 | | $349,383.10 |
| 07/16/2026 | xfer from 1383 to 2466 | $10,000.00 | | $339,383.10 |
| 07/16/2026 | PSVJ JPMC FEE 8591297 | $0.45 | | $339,382.65 |
| 07/16/2026 | HCIDHDEVTLANDUSE HCIDDEVUSE 8591[illegible]81 | $270.00 | | $339,112.65 |
| 07/17/2026 | M&K PC SALE | $15,000.00 | | $324,112.65 |
| 07/20/2026 | REMOTE CAPTURE DEPOSIT | | $11,359.28 | $335,471.93 |
| 07/20/2026 | BILLING 302579 LENMAR BE INV39[illegible]8484 | $93.49 | | $335,378.44 |
| 07/20/2026 | CHECK # 80 | $360.00 | | $335,018.44 |
| 07/21/2026 | Outgoing Wire 21336 Ure Law Firm Client Trust Account | $20,000.00 | | $315,018.44 |
| 07/21/2026 | AMEX EPAYMENT ACH PMT W2444 | $2,108.92 | | $312,909.52 |
| 07/21/2026 | CHECK # 133 | $55.00 | | $312,854.52 |
| 07/21/2026 | CHECK # 136 | $82.50 | | $312,772.02 |
| 07/21/2026 | CHECK # 131 | $137.50 | | $312,634.52 |
| 07/21/2026 | CHECK # 135 | $440.00 | | $312,194.52 |
| 07/21/2026 | CHECK # 127 | $460.00 | | $311,734.52 |
| 07/21/2026 | CHECK # 1[illegible] | $500.00 | | $311,234.52 |
| 07/21/2026 | CHECK # 129 | $717.50 | | $310,517.02 |
| 07/21/2026 | CHECK # 134 | $1,485.00 | | $309,032.02 |
| 07/21/2026 | CHECK # 132 | $1,760.00 | | $307,272.02 |
| 07/21/2026 | CHECK # 128 | $2,115.00 | | $305,157.02 |
| 07/21/2026 | CHECK # 130 | $4,015.00 | | $301,142.02 |
| 07/21/2026 | CHECK # 125 | $9,810.62 | | $291,331.40 |
| 07/21/2026 | CHECK # 100 | $9,900.00 | | $281,431.40 |
| 07/21/2026 | CHECK # 126 | $9,967.31 | | $271,464.09 |
| 07/21/2026 | CHECK # 121 | $11,101.30 | | $260,362.79 |
| 07/21/2026 | CHECK # 124 | $13,259.39 | | $247,103.40 |

## NEXTGEN ANALYZED ACCOUNT - XXXXX1383 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| [redacted] | | | | |
| [redacted] | | | | $218,606.55 |
| 07/22/2026 | Marmar Realty, I Net Settle 000027600964598 | | $130.00 | $218,736.55 |
| 07/22/2026 | REPUBLICSERVICES RSIBILLPAY 309020201555 | $887.34 | | $217,849.21 |
| 07/22/2026 | CHECK # 101 | $21.60 | | $217,827.61 |
| 07/22/2026 | CHECK # 102 | $50.44 | | $217,777.17 |
| 07/22/2026 | CHECK # 115 | $500.00 | | $217,277.17 |
| 07/22/2026 | CHECK # 114 | $650.00 | | $216,627.17 |
| 07/22/2026 | CHECK # 139 | $650.00 | | $215,977.17 |
| 07/22/2026 | CHECK # 103 | $696.34 | | $215,280.83 |
| 07/22/2026 | CHECK # 153 | $150,000.00 | | $65,280.83 |
| 07/23/2026 | LADWP WEB PAY 1178783473 | $106.99 | | $65,173.84 |
| 07/23/2026 | FIRST INSURANCE INSURANCE 900-106474059 | $5,143.86 | | $60,029.98 |
| 07/24/2026 | Marmar Realty, I Net Settle 000027616013742 | | $5,995.00 | $66,024.98 |
| 07/24/2026 | CHECK # 138 | $939.50 | | $65,085.48 |
| 07/24/2026 | CHECK # 110 | $990.00 | | $64,095.48 |
| 07/27/2026 | CHECK # 98 | $26.26 | | $64,069.22 |
| 07/27/2026 | CHECK # 145 | $55.00 | | $64,014.22 |
| 07/27/2026 | CHECK # 148 | $130.00 | | $63,884.22 |
| 07/27/2026 | CHECK # 29 | $160.00 | | $63,724.22 |
| 07/27/2026 | CHECK # 142 | $275.00 | | $63,449.22 |
| 07/27/2026 | CHECK # 140 | $352.80 | | $63,096.42 |
| 07/27/2026 | CHECK # 143 | $550.00 | | $62,546.42 |
| 07/27/2026 | CHECK # 109 | $600.00 | | $61,946.42 |
| 07/27/2026 | CHECK # 118 | $610.00 | | $61,336.42 |
| 07/27/2026 | CHECK # 146 | $700.00 | | $60,636.42 |
| 07/27/2026 | CHECK # 144 | $880.00 | | $59,756.42 |
| 07/27/2026 | CHECK # 108 | $3,050.00 | | $56,706.42 |
| 07/27/2026 | CHECK # 107 | $4,320.00 | | $52,386.42 |
| 07/28/2026 | SoCalGas PAID SCGC 1055305704 | $612.17 | | $51,774.25 |
| 07/29/2026 | CHECK # 141 | $96.00 | | $51,678.25 |
| 07/29/2026 | CHECK # 137 | $1,666.00 | | $50,012.25 |
| 07/30/2026 | LADWP WEB PAY 4677694302 | $1,077.57 | | $48,934.68 |
| 07/30/2026 | CHECK # 26 | $50.00 | | $48,884.68 |
| 07/30/2026 | CHECK # 27 | $250.00 | | $48,634.68 |
| 07/30/2026 | CHECK # 116 | $540.00 | | $48,094.68 |
| 07/31/2026 | APPFOLIO VV9T 8666481536 | | $2,700.00 | $50,794.68 |
| 07/31/2026 | CHECK # 97 | $250.00 | | $50,544.68 |
| 07/31/2026 | CLOSING WITHDRAWAL | $50,544.68 | | $0.00 |
| **07/31/2026** | **Ending Balance** | | | **$0.00** |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 26 | 07/30/2026 | $50.00 | ~~74~~ | ~~07/01/2026~~ | ~~$180.00~~ | ~~81~~ | ~~07/09/2026~~ | ~~$160.00~~ |
| 27 | 07/30/2026 | $250.00 | ~~75~~ | ~~07/01/2026~~ | ~~$350.00~~ | ~~82~~ | ~~07/06/2026~~ | ~~$65.00~~ |
| 29* | 07/27/2026 | $160.00 | ~~78*~~ | ~~07/09/2026~~ | ~~$120.00~~ | ~~83~~ | ~~07/06/2026~~ | ~~$180.00~~ |
| ~~69*~~ | ~~07/10/2026~~ | ~~$350.00~~ | ~~79~~ | ~~07/01/2026~~ | ~~$1,041.05~~ | ~~84~~ | ~~07/06/2026~~ | ~~$509.00~~ |
| ~~73*~~ | ~~07/01/2026~~ | ~~$175.00~~ | ~~80~~ | ~~07/20/2026~~ | ~~$360.00~~ | ~~85~~ | ~~07/06/2026~~ | ~~$149.00~~ |

## NEXTGEN ANALYZED ACCOUNT - XXXXX1383 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| ~~86~~ | ~~07/06/2026~~ | ~~$65.00~~ | 109 | 07/27/2026 | $600.00 | ~~132~~ | ~~07/21/2026~~ | ~~$1,760.00~~ |
| ~~87~~ | ~~07/01/2026~~ | ~~$1,100.00~~ | 110 | 07/24/2026 | $990.00 | ~~133~~ | ~~07/21/2026~~ | ~~$55.00~~ |
| ~~88~~ | ~~07/01/2026~~ | ~~$150.00~~ | 114* | 07/22/2026 | $650.00 | ~~134~~ | ~~07/21/2026~~ | ~~$1,485.00~~ |
| ~~89~~ | ~~07/01/2026~~ | ~~$95.00~~ | 115 | 07/22/2026 | $500.00 | ~~135~~ | ~~07/21/2026~~ | ~~$440.00~~ |
| ~~90~~ | ~~07/01/2026~~ | ~~$280.00~~ | 116 | 07/30/2026 | $540.00 | ~~136~~ | ~~07/21/2026~~ | ~~$82.50~~ |
| ~~92*~~ | ~~07/09/2026~~ | ~~$150.00~~ | 118* | 07/27/2026 | $610.00 | 137 | 07/29/2026 | $1,666.00 |
| ~~93~~ | ~~07/09/2026~~ | ~~$200.00~~ | ~~120*~~ | ~~07/21/2026~~ | ~~$500.00~~ | 138 | 07/24/2026 | $939.50 |
| ~~94~~ | ~~07/09/2026~~ | ~~$150.00~~ | ~~121~~ | ~~07/21/2026~~ | ~~$11,101.30~~ | 139 | 07/22/2026 | $650.00 |
| ~~95~~ | ~~07/14/2026~~ | ~~$2,025.00~~ | ~~122~~ | ~~07/21/2026~~ | ~~$13,741.18~~ | 140 | 07/27/2026 | $352.80 |
| 97* | 07/31/2026 | $250.00 | ~~123~~ | ~~07/21/2026~~ | ~~$14,755.67~~ | 141 | 07/29/2026 | $96.00 |
| 98 | 07/27/2026 | $26.26 | ~~124~~ | ~~07/21/2026~~ | ~~$13,259.39~~ | 142 | 07/27/2026 | $275.00 |
| ~~99~~ | ~~07/15/2026~~ | ~~$325.00~~ | ~~125~~ | ~~07/21/2026~~ | ~~$9,810.82~~ | 143 | 07/27/2026 | $550.00 |
| ~~100~~ | ~~07/21/2026~~ | ~~$9,000.00~~ | ~~126~~ | ~~07/21/2026~~ | ~~$9,967.31~~ | 144 | 07/27/2026 | $880.00 |
| 101 | 07/22/2026 | $21.60 | ~~127~~ | ~~07/21/2026~~ | ~~$460.00~~ | 145 | 07/27/2026 | $55.00 |
| 102 | 07/22/2026 | $50.44 | ~~128~~ | ~~07/21/2026~~ | ~~$2,115.00~~ | 146 | 07/27/2026 | $700.00 |
| 103 | 07/22/2026 | $696.34 | ~~129~~ | ~~07/21/2026~~ | ~~$717.50~~ | 148* | 07/27/2026 | $130.00 |
| 107* | 07/27/2026 | $4,320.00 | ~~130~~ | ~~07/21/2026~~ | ~~$4,015.00~~ | 153* | 07/22/2026 | $150,000.00 |
| 108 | 07/27/2026 | $3,050.00 | ~~131~~ | ~~07/21/2026~~ | ~~$137.50~~ | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| ~~07/01/2026~~ | ~~$318,848.39~~ | ~~07/14/2026~~ | ~~$384,415.59~~ | 07/24/2026 | $64,095.48 |
| ~~07/03/2026~~ | ~~$337,843.21~~ | ~~07/15/2026~~ | ~~$384,090.59~~ | 07/27/2026 | $52,386.42 |
| ~~07/06/2026~~ | ~~$349,291.21~~ | ~~07/16/2026~~ | ~~$339,112.65~~ | 07/28/2026 | $51,774.25 |
| ~~07/07/2026~~ | ~~$370,860.23~~ | ~~07/17/2026~~ | ~~$324,112.65~~ | 07/29/2026 | $50,012.25 |
| ~~07/08/2026~~ | ~~$404,838.23~~ | ~~07/20/2026~~ | ~~$335,018.44~~ | 07/30/2026 | $48,094.68 |
| ~~07/09/2026~~ | ~~$404,050.23~~ | 07/21/2026 | $218,606.55 | 07/31/2026 | $0.00 |
| ~~07/10/2026~~ | ~~$403,700.23~~ | 07/22/2026 | $65,280.83 | | |
| ~~07/13/2026~~ | ~~$392,861.74~~ | 07/23/2026 | $60,029.98 | | |



MISCELLANEOUS DEBIT TRANSACTION FORM

DATE 07/31/26

ACCOUNT NAME Marmar bedford LLC...

PREPARED BY Sarah

CUSTOMER SIGNATURE per client's request $ 50544.68

DESCRIPTION / REMARKS

per client's request via email on 07/31/26 @ 2:59pm. Close acct & transfer funds to acct #2010012587

OFFSET / CONTRA ENTRY: 61 2010011383

⑆5401200001⑆

#0000 07/31/2026 $50,544.68



#0000 07/31/2026 $50,544.68



MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0026

03/26/2026

PAY TO THE ORDER OF TURBO PLUMBING $ 50.00

**** FIFTY AND 00/100 DOLLARS DOLLARS

Turbo Plumbing
PO Box 3936
Glendale, CA 91221

MEMO 36500

AUTHORIZED SIGNATURE

⑈000026⑈ ⑆122245280⑆ 1383⑈

#0026 07/30/2026 $50.00



CashID:757 Date:07/29/26 Seq#:0013
DeviceID:DCA64131 Trans#:4493

#0026 07/30/2026 $50.00



MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0027

03/26/2026

PAY TO THE ORDER OF TURBO PLUMBING $ 250.00

**** TWO HUNDRED FIFTY AND 00/100 DOLLARS DOLLARS

Turbo Plumbing
PO Box 3936
Glendale, CA 91221

MEMO 36250

AUTHORIZED SIGNATURE

⑈000027⑈ ⑆122245280⑆ 1383⑈

#0027 07/30/2026 $250.00



CashID:757 Date:07/29/26 Seq#:0009
DeviceID:DCA64131 Trans#:4493

#0027 07/30/2026 $250.00



MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0029

03/26/2026

PAY TO THE ORDER OF THRIFTY ROOTER $ 160.00

**** ONE HUNDRED SIXTY AND 00/100 DOLLARS DOLLARS

Thrifty Rooter
PO Box 3747
Glendale, CA 91221

MEMO 70380513

AUTHORIZED SIGNATURE

⑈000029⑈ ⑆122245280⑆ 1383⑈

#0029 07/27/2026 $160.00



CashID:792 Date:07/24/26 Seq#:0010
DeviceID:DCA63888 Trans#:4206

0910616773
2026-07-27

#0029 07/27/2026 $160.00




#0069 07/10/2026 $350.00




#0069 07/10/2026 $350.00




#0073 07/01/2026 $175.00




#0073 07/01/2026 $175.00




#0074 07/01/2026 $180.00




#0074 07/01/2026 $180.00




#0075 07/01/2026 $350.00




#0075 07/01/2026 $350.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0078

06/12/2026

PAY TO THE ORDER OF GELBART ELECTRIC $ 128.00

**** ONE HUNDRED TWENTY-EIGHT AND 00/100 DOLLARS

Gelbart Electric
PO Box 571698
Tarzana, CA 91357

MEMO 51726E (05/13/26)

AUTHORIZED SIGNATURE

⑈0000078⑈ ⑆122245280⑆ 1383⑈

| #0078 | 07/09/2026 | $128.00 |
|---|---|---|

PAY TO THE ORDER OF
JPMorgan Chase Bank, N.A.
GELBART ELECTRIC, INC.

JPMorgan Chase Bank 070810 188238 960730129564

0910438286
2026-07-09

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

| #0078 | 07/09/2026 | $128.00 |
|---|---|---|

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste
Newport Beach, CA

0079

06/12/2026

PAY TO THE ORDER OF R&B WHOLESALE $ 1,041.05

**** ONE THOUSAND FORTY-ONE AND 05/100 DOLLARS

R&B Wholesale
Dept 719100 PO BOX 514670
Los Angeles, CA 90051-4670

MEMO 664450 (05/04/26)

AUTHORIZED SIGNATURE

⑈000079⑈ ⑆12224 80⑆ 3⑈

| #0079 | 07/01/2026 | $1,041.05 |
|---|---|---|

070126 000162 127 067004 719100
TO A/C OF WITH IN NAME 7028248510
041.05 ENDORSEMENT GUARANTEED
Prejudice FifthThi>042000314<

0910320286
2026-07-01

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

| #0079 | 07/01/2026 | $1,041.05 |
|---|---|---|

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0080

06/12/2026

PAY TO THE ORDER OF REABAK HANAN LICENSED ELECTRICAL CONTRACTOR INC $ 360.00

**** THREE HUNDRED SIXTY AND 00/100 DOLLARS

Reabak Hanan Licensed Electrical Contractor Inc.
1107 Princeton St. #105
Santa Monica, CA 90403

MEMO 16451 (05/10/26)

AUTHORIZED SIGNATURE

⑈000080⑈ ⑆122245280⑆ 1383⑈

| #0080 | 07/20/2026 | $360.00 |
|---|---|---|

REABAK HANAN LICENSED
ELECTRICAL CONTRACTOR INC

JPMorgan Chase Bank 071704 740897 947040136374

0910539862
2026-07-20

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

| #0080 | 07/20/2026 | $360.00 |
|---|---|---|

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0081

06/12/2026

PAY TO THE ORDER OF GELBART ELECTRIC $ 160.00

**** ONE HUNDRED SIXTY AND 00/100 DOLLARS

Gelbart Electric
PO Box 571698
Tarzana, CA 91357

MEMO 52626A (05/26/26)

AUTHORIZED SIGNATURE

⑈000081⑈ ⑆12224530⑆ 1383⑈

| #0081 | 07/09/2026 | $160.00 |
|---|---|---|

PAY TO THE ORDER OF
JPMorgan Chase Bank, N.A.
FOR DEPOSIT ONLY
GELBART ELECTRIC, INC.

JPMorgan Chase Bank 070810 188238 960730129565

0910438287
2026-07-09

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

| #0081 | 07/09/2026 | $160.00 |
|---|---|---|


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0082
06/12/2026
PAY TO THE ORDER OF WEST COAST CHIEF REPAIR, INC. $ 65.00
**** SIXTY-FIVE AND 00/100 DOLLARS
West Coast Chief Repair, Inc.
3300 N. San Fernando Blvd.
Suite 101
Burbank, CA 91504
MEMO 1009887 (06/06/25)
AUTHORIZED SIGNATURE

#0082 07/06/2026 $65.00


Credited to Acct 154920186223
Return Acct 154920186223
0910374122
2026-07-06
For Deposit Only
US Bank
WEST COAST CHIEF REPAIR INC

#0082 07/06/2026 $65.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0083
06/12/2026
PAY TO THE ORDER OF WEST COAST CHIEF REPAIR, INC. $ 180.00
**** ONE HUNDRED EIGHTY AND 00/100 DOLLARS
West Coast Chief Repair, Inc.
3300 N. San Fernando Blvd.
Suite 101
Burbank, CA 91504
MEMO 1008382 (05/22/25)
AUTHORIZED SIGNATURE

#0083 07/06/2026 $180.00


Credited to Acct 154920186223
Return Acct 154920186223
0910374123
2026-07-06
For Deposit Only
US Bank
WEST COAST CHIEF REPAIR INC

#0083 07/06/2026 $180.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0084
06/12/2026
PAY TO THE ORDER OF WEST COAST CHIEF REPAIR, INC. $ 509.00
**** FIVE HUNDRED NINE AND 00/100 DOLLARS
West Coast Chief Repair, Inc.
3300 N. San Fernando Blvd.
Suite 101
Burbank, CA 91504
MEMO 1008808 (05/29/25)
AUTHORIZED SIGNATURE

#0084 07/06/2026 $509.00


Credited to Acct 153994759811
Return Acct 153994759811
0910374121
2026-07-06
For Deposit Only
US Bank
WEST COAST CHIEF REPAIR INC

#0084 07/06/2026 $509.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0085
06/12/2026
PAY TO THE ORDER OF WEST COAST CHIEF REPAIR, INC. $ 149.00
**** ONE HUNDRED FORTY-NINE AND 00/100 DOLLARS
West Coast Chief Repair, Inc.
3300 N. San Fernando Blvd.
Suite 101
Burbank, CA 91504
MEMO 1008499 (05/22/25)
AUTHORIZED SIGNATURE

#0085 07/06/2026 $149.00


Credited to Acct 154920186223
Return Acct 154920186223
0910374125
2026-07-06
For Deposit Only
US Bank
WEST COAST CHIEF REPAIR INC

#0085 07/06/2026 $149.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0086
06/12/2026
PAY TO THE ORDER OF WEST COAST CHIEF REPAIR, INC. $ 65.00
**** SIXTY-FIVE AND 00/100 DOLLARS DOLLARS
West Coast Chief Repair, Inc.
3300 N San Fernando Blvd.
Suite 101
Burbank, CA 91504
MEMO 1008314 (05/28/26)
AUTHORIZED SIGNATURE

#0086 07/06/2026 $65.00


Credited to Acct
Return Acct
0910374124
2026-07-06
For Deposit Only
WEST COAST CHIEF REPAIR INC

#0086 07/06/2026 $65.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0087
06/15/2026
PAY TO THE ORDER OF A1 ELITE AIR CONDITION $ 1,100.00
**** ONE THOUSAND, ONE HUNDRED AND 00/100 DOLLARS DOLLARS
A1 Elite Air Condition
22681 Oxnard St.
Woodland Hills, CA 91367
MEMO Inv#5105 (05/13/26)
AUTHORIZED SIGNATURE

#0087 07/01/2026 $1,100.00


For Deposit Only - JPMC
0910318428
2026-07-01
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0087 07/01/2026 $1,100.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0088
06/15/2026
PAY TO THE ORDER OF A1 ELITE AIR CONDITION $ 150.00
**** ONE HUNDRED FIFTY AND 00/100 DOLLARS DOLLARS
A1 Elite Air Condition
22681 Oxnard St.
Woodland Hills, CA 91367
MEMO Inv#5133 (06/12/26)
AUTHORIZED SIGNATURE

#0088 07/01/2026 $150.00


For Deposit Only - JPMC
0910318427
2026-07-01
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0088 07/01/2026 $150.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0089
06/15/2026
PAY TO THE ORDER OF THRIFTY ROOTER $ 95.00
**** NINETY-FIVE AND 00/100 DOLLARS DOLLARS
Thrifty Rooter
PO Box 3747
Glendale, CA 91221
MEMO 90475816 (06/08/26)
AUTHORIZED SIGNATURE

#0089 07/01/2026 $95.00


CorrelationID:72860830223355 DeviceID:DCA31143 TransId:1235
0910318392
2026-07-01
PAY TO THE ORDER OF
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0089 07/01/2026 $95.00




#0090 07/01/2026 $280.00



#0090 07/01/2026 $280.00




#0092 07/09/2026 $150.00




#0092 07/09/2026 $150.00




#0093 07/09/2026 $200.00




#0093 07/09/2026 $200.00




#0094 07/09/2026 $150.00




#0094 07/09/2026 $150.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1500
Newport Beach, CA 92660

0095

06/22/2026

PAY TO THE ORDER OF A1 ELITE AIR CONDITION $ 2,025.00

**** TWO THOUSAND TWENTY-FIVE AND 00/100 DOLLARS

A1 Elite Air Condition
22691 Oxnard St.
Woodland Hills, CA 91367

MEMO Inv#6144 (06/21/26)

AUTHORIZED SIGNATURE

⑈000095⑈ ⑆122245280⑆ 1383⑈

#0095 07/14/2026 $2,025.00

For Deposit Only - JPMC

0910485679
2026-07-14

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0095 07/14/2026 $2,025.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1500
Newport Beach, CA 92660

0097

07/06/2026

PAY TO THE ORDER OF ANTONIO ORELLANA $ 250.00

**** TWO HUNDRED FIFTY AND 00/100 DOLLARS

Antonio Orellana
13800 Sherman Way
Van Nuys, CA 91405

MEMO JUNE 2026

AUTHORIZED SIGNATURE

⑈000097⑈ ⑆122245280⑆ 1383⑈

#0097 07/31/2026 $250.00

0910657946
2026-07-31

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0097 07/31/2026 $250.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1500
Newport Beach, CA 92660

0098

07/08/2026

PAY TO THE ORDER OF EMIL'S HARDWARE $ 26.26

**** TWENTY-SIX AND 26/100 DOLLARS

Emil's Hardware
2033 S Robertson Blvd.
Los Angeles, CA 90034

MEMO 66265551

AUTHORIZED SIGNATURE

⑈000098⑈ ⑆122245280⑆ 1383⑈

#0098 07/27/2026 $26.26

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
EMIL'S HARDWARE

1880174656

0910616843
2026-07-27

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0098 07/27/2026 $26.26

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1500
Newport Beach, CA 92660

0099

07/08/2026

PAY TO THE ORDER OF CP4 CONSTRUCTION, INC. $ 325.00

**** THREE HUNDRED TWENTY-FIVE AND 00/100 DOLLARS

CP4 Construction, Inc.
14677 Tupper St.
Panorama City, CA 91402

MEMO Inv#2392

AUTHORIZED SIGNATURE

⑈000099⑈ ⑆122245280⑆ 1383⑈

#0099 07/15/2026 $325.00

0910499039
2026-07-15

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0099 07/15/2026 $325.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:26-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0100

07/14/2026

PAY TO THE ORDER OF EASTWEST CARPET MILLS $ 9,900.00

**** NINE THOUSAND, NINE HUNDRED AND 00/100 DOLLARS DOLLARS

EastWest Carpet Mills
383 E. Beach Ave.
Inglewood, CA 90302

MEMO inv#9927 (06/20/26)

AUTHORIZED SIGNATURE

⑈000100⑈ ⑆122245280⑆ 1383⑈

#0100 07/21/2026 $9,900.00

PAY TO THE ORDER OF
CHASE
FOR DEPOSIT ONLY
EASTWEST CARPET MILLS

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

0910555961
2026-07-21

#0100 07/21/2026 $9,900.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:26-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0101

07/16/2026

PAY TO THE ORDER OF CITIBUSINESS CARD $ 21.60

**** TWENTY-ONE AND 60/100 DOLLARS DOLLARS

CITIBUSINESS CARD
PO BOX 78045
PHOENIX, AZ 85062

MEMO #4086- Amazon

AUTHORIZED SIGNATURE

⑈000101⑈ ⑆122245280⑆ 1383⑈

#0101 07/22/2026 $21.60

Deposit Date: 07/21/2026 14:19:45 CDT
BCN:
Branch: CA287
Hashed Recourse Account: ************4086

00000 Seq:003
Dep:231937 07/21/2026
NC

0910567514
2026-07-22

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

#0101 07/22/2026 $21.60

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:26-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0102

07/15/2026

PAY TO THE ORDER OF CITIBUSINESS CARD $ 50.44

**** FIFTY AND 44/100 DOLLARS DOLLARS

CITIBUSINESS CARD
PO BOX 78045
PHOENIX, AZ 85062

MEMO #4086- Lowe's

AUTHORIZED SIGNATURE

⑈000102⑈ ⑆122245280⑆ 1383⑈

#0102 07/22/2026 $50.44

Deposit Date: 07/21/2026 14:19:45 CDT
BCN:
Branch: CA287
Hashed Recourse Account: ************4086

00000 Seq:001
Dep:231937 07/21/2026
NC

0910567512
2026-07-22

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

#0102 07/22/2026 $50.44

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:26-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0103

07/15/2026

PAY TO THE ORDER OF CITIBUSINESS CARD $ 696.34

**** SIX HUNDRED NINETY-SIX AND 34/100 DOLLARS DOLLARS

CITIBUSINESS CARD
PO BOX 78045
PHOENIX, AZ 85062

MEMO #4086- Lowe's/Home Depot

AUTHORIZED SIGNATURE

⑈000103⑈ ⑆122245280⑆ 1383⑈

#0103 07/22/2026 $696.34

Deposit Date: 07/21/2026 14:19:45 CDT
BCN:
Branch: CA287
Hashed Recourse Account: ************4086

00000 Seq:002
Dep:231937 07/21/2026
NC

0910567513
2026-07-22

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

#0103 07/22/2026 $696.34

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0107
07/17/2026

PAY TO THE ORDER OF TALA ASSOCIATES, INC. $ 4,320.00
FOUR THOUSAND, THREE HUNDRED TWENTY AND 00/100 DOLLARS DOLLARS

Tala Associates, Inc.
1916 Colby Avenue
Los Angeles, CA 90025

MEMO Statement 07-31-2024
AUTHORIZED SIGNATURE

⑈000107⑈ ⑆122245280⑆ 1383⑈

#0107 07/27/2026 $4,320.00

TALA Associates, Inc.
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
0910616714
2026-07-27

#0107 07/27/2026 $4,320.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0108
07/17/2026

PAY TO THE ORDER OF A1 ELITE AIR CONDITION $ 3,050.00
THREE THOUSAND FIFTY AND 00/100 DOLLARS DOLLARS

A1 Elite Air Condition
22661 Oxnard St.
Woodland Hills, CA 91367

MEMO Inv#5019 (01/16/26)
AUTHORIZED SIGNATURE

⑈000108⑈ ⑆122245280⑆ 1383⑈

#0108 07/27/2026 $3,050.00

For Deposit Only - JPMC
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
0910616932
2026-07-27

#0108 07/27/2026 $3,050.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0109
07/17/2026

PAY TO THE ORDER OF A1 ELITE AIR CONDITION $ 600.00
SIX HUNDRED AND 00/100 DOLLARS DOLLARS

A1 Elite Air Condition
22661 Oxnard St.
Woodland Hills, CA 91367

MEMO Inv#5150 (06/30/26), Inv#6048 (0...
AUTHORIZED SIGNATURE

⑈000109⑈ ⑆122245280⑆ 1383⑈

#0109 07/27/2026 $600.00

For Deposit Only - JPMC
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
0910616930
2026-07-27

#0109 07/27/2026 $600.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0110
07/17/2026

PAY TO THE ORDER OF ACTION DUCT CLEANING $ 990.00
NINE HUNDRED NINETY AND 00/100 DOLLARS DOLLARS

Action Duct Cleaning
2333 N. Lincoln Ave.
Altadena, CA 91001

MEMO LA19084 (06/17/26)
AUTHORIZED SIGNATURE

⑈000110⑈ ⑆122245280⑆ 1383⑈

#0110 07/24/2026 $990.00

PAY TO THE ORDER OF
BANK OF AMERICA
PASADENA, CA
FOR DEPOSIT ONLY
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
0910603198
2026-07-24
BOA CC:3180000591 CashID:751 Date.07/23/26 Seq#:0003
CorrelationID:30160723221433 DeviceID:DCA48809 Trans#:5311
LTPSDAL PT

#0110 07/24/2026 $990.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0114

07/17/2026

PAY TO THE ORDER OF GP CLEANING SERVICES $ 650.00

**** SIX HUNDRED FIFTY AND 00/100 DOLLARS DOLLARS

GP Cleaning Services
4137 Cudahy St
Huntington Park, CA 90255

MEMO Inv#493 - FEB 2026

AUTHORIZED SIGNATURE

⑈000114⑈ ⑆122245280⑆ 1383⑈

#0114 07/22/2026 $650.00

For Deposit Only - JPMC

0910567484
2026-07-22

x Helado Pelo Yo

#0114 07/22/2026 $650.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0115

07/17/2026

PAY TO THE ORDER OF GP CLEANING SERVICES $ 500.00

**** FIVE HUNDRED AND 00/100 DOLLARS DOLLARS

GP Cleaning Services
4137 Cudahy St
Huntington Park, CA 90255

MEMO Inv#502(504)/Inv#502(301)

AUTHORIZED SIGNATURE

⑈000115⑈ ⑆122245280⑆ 383⑈

#0115 07/22/2026 $500.00

For Deposit Only - JPMC

0910567482
2026-07-22

x Helado Pelo Yo

#0115 07/22/2026 $500.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0116

07/17/2026

PAY TO THE ORDER OF GARTH MCKEOWN PLUMBING $ 540.00

**** FIVE HUNDRED FORTY AND 00/100 DOLLARS DOLLARS

Garth McKeown Plumbing
570 N Rossmore Ave. #212
Los Angeles, CA 90004

MEMO Inv#0000198/#0000197/#0000169/90

AUTHORIZED SIGNATURE

⑈000116⑈ ⑆122245280⑆ 1383⑈

#0116 07/30/2026 $540.00

0910647095
2026-07-30

000000000740001 HHN94 07/29/2026
rand; 0e8037 8b-6399-4e83-8515-3e299d733ea3
transit: 5061983b-ce35-4400-8367-00cf75fe62bb

#0116 07/30/2026 $540.00

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4575 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0118

07/17/2026

PAY TO THE ORDER OF THRIFTY ROOTER $ 610.00

**** SIX HUNDRED TEN AND 00/100 DOLLARS DOLLARS

Thrifty Rooter
PO Box 3747
Glendale, CA 91221

MEMO #8895611/986747957

AUTHORIZED SIGNATURE

⑈000118⑈ ⑆122245280⑆ 1383⑈

#0118 07/27/2026 $610.00

0910616771
2026-07-27

80000217 CashID:792 Date:07/24/26 Seq#:0001
ID:19860724215209 DeviceID:DCA63888 Trans#:4247

x Thrifty Rooter

#0118 07/27/2026 $610.00


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0120
07/20/2026
PAY TO THE ORDER OF MARMAR REALTY, INC $ 500.00
**** FIVE HUNDRED AND 00/100 DOLLARS
Marmar Realty Inc
493 S Robertson Blvd,
Beverly Hills, CA 90211
MEMO 2024-/ 2024 Updated Manager Acr...
AUTHORIZED SIGNATURE


For Deposit Only to
MARMAR MANAGEMENT, LLC
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.
Seq: 7
Dep: 002851
Date: 07/20/26
0910555872
2026-07-21
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0120 07/21/2026 $500.00

#0120 07/21/2026 $500.00


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0121
07/17/2026
PAY TO THE ORDER OF MARMAR REALTY, INC $ 11,101.30
**** ELEVEN THOUSAND, ONE HUNDRED ONE AND 30/100 DOLLARS
Marmar Realty, Inc
493 S. Robertson Blvd
Beverly Hills, CA 90211
MEMO Mgt Fees for 10/2024, 11/2024, 1...
AUTHORIZED SIGNATURE


For Deposit Only to
MARMAR MANAGEMENT, LLC
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.
Seq: 1
Dep: 002851
Date: 07/20/26
0910555866
2026-07-21
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0121 07/21/2026 $11,101.30

#0121 07/21/2026 $11,101.30


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0122
07/17/2026
PAY TO THE ORDER OF MARMAR REALTY, INC $ 13,741.18
**** THIRTEEN THOUSAND, SEVEN HUNDRED FORTY-ONE AND 18/100 DOLLARS
Marmar Realty, Inc
493 S. Robertson Blvd
Beverly Hills, CA 90211
MEMO Mgt Fees for 01/2025-04/2025
AUTHORIZED SIGNATURE


For Deposit Only to
MARMAR MANAGEMENT, LLC
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.
Seq: 2
Dep: 002851
Date: 07/20/26
0910555867
2026-07-21
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0122 07/21/2026 $13,741.18

#0122 07/21/2026 $13,741.18


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0123
07/17/2025
PAY TO THE ORDER OF MARMAR REALTY, INC $ 14,755.67
**** FOURTEEN THOUSAND, SEVEN HUNDRED FIFTY-FIVE AND 67/100 DOLLARS
Marmar Realty, Inc
493 S. Robertson Blvd
Beverly Hills, CA 90211
MEMO Mgt Fees for 05/2025-08/2025
AUTHORIZED SIGNATURE


For Deposit Only to
MARMAR MANAGEMENT, LLC
PAY TO THE ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.
Seq: 3
Dep: 002851
Date: 07/20/26
0910555868
2026-07-21
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

#0123 07/21/2026 $14,755.67

#0123 07/21/2026 $14,755.67

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20776-BB
493 S Robertson Blvd
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0124

07/17/2026

PAY TO THE ORDER OF MARMAR REALTY, INC $ 13,259.39

**** THIRTEEN THOUSAND, TWO HUNDRED FIFTY-NINE AND 39/100 DOLLARS

Marmar Realty, Inc
493 S. Robertson Blvd
Beverly Hills, CA 90211

MEMO Mgt Fees for 09/2025-12/2025

AUTHORIZED SIGNATURE

⑈000124⑈ ⑆122245280⑆ 1383⑈

#0124 07/21/2026 $13,259.39

For Deposit Only to
MARMAR MANAGEMENT, LLC
MARMAR REALTY/ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 4
Dep: 002851
Date: 07/20/26

0910555869
2026-07-21

#0124 07/21/2026 $13,259.39

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20776-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0125

07/17/2026

PAY TO THE ORDER OF MARMAR REALTY, INC $ 9,810.62

**** NINE THOUSAND, EIGHT HUNDRED TEN AND 62/100 DOLLARS

Marmar Realty, Inc
493 S. Robertson Blvd
Beverly Hills, CA 90211

MEMO Mgt Fees for 01/2026-03/2026

AUTHORIZED SIGNATURE

⑈000125⑈ ⑆122245280⑆ 1383⑈

#0125 07/21/2026 $9,810.62

For Deposit Only to
MARMAR MANAGEMENT, LLC
MARMAR REALTY/ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 5
Dep: 002851
Date: 07/20/26

0910555870
2026-07-21

#0125 07/21/2026 $9,810.62

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20776-BB
493 S Robertson Blvd
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0126

07/17/2026

PAY TO THE ORDER OF MARMAR REALTY, INC $ 9,967.31

**** NINE THOUSAND, NINE HUNDRED SIXTY-SE[illegible] AND 31/100 DOLLARS

Marmar Realty, Inc
493 S. Robertson Blvd
Beverly Hills, CA 90211

MEMO Mgt Fees for 04/2026-06/2026

AUTHORIZED SIGNATURE

⑈000126⑈ ⑆122245280⑆ 1383⑈

#0126 07/21/2026 $9,967.31

For Deposit Only to
MARMAR MANAGEMENT, LLC
MARMAR REALTY/ORDER OF
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR REALTY, INC.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 6
Dep: 002851
Date: 07/20/26

0910555871
2026-07-21

#0126 07/21/2026 $9,967.31

MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20776-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660

0127

07/17/2026

PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 460.00

**** FOUR HUNDRED SIXTY AND 00/100 DOLLARS

Marmar Development, LLC
493 S Robertson Blvd.
Beverly Hills, CA 90211

MEMO AS12250050 12/15/25-12/19/25, A...

AUTHORIZED SIGNATURE

⑈000127⑈ ⑆122245280⑆ 1383⑈

#0127 07/21/2026 $460.00

For Deposit Only to the Order of
MARMAR MANAGEMENT, LLC
BANK OF AMERICA
FOR DEPOSIT ONLY
MARMAR DEVELOPMENT, LLC

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Seq: 1
Dep: 002852
Date: 07/20/26

0910555854
2026-07-21

#0127 07/21/2026 $460.00


MARMAR BEDFORD, LLC
Debtor in Possession
GENESIS BANK
0128
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 2,115.00
DOLLARS
Marmar Development, LLC
Beverly Hills, CA 90211
MEMO
AUTHORIZED SIGNATURE

#0128 07/21/2026 $2,115.00


Seq: 2
Dep: 002852
Date: 07/20/26
0910555855
2026-07-21

#0128 07/21/2026 $2,115.00


MARMAR BEDFORD, LLC
Debtor in Possession
GENESIS BANK
0129
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 717.50
SEVEN HUNDRED SEVENTEEN AND 50/100 DOLLARS
Marmar Development, LLC
Beverly Hills, CA 90211
MEMO
AUTHORIZED SIGNATURE

#0129 07/21/2026 $717.50


Seq: 3
Dep: 002852
Date: 07/20/26
0910555856
2026-07-21

#0129 07/21/2026 $717.50


MARMAR BEDFORD, LLC
Debtor in Possession
GENESIS BANK
0130
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 4,015.00
FOUR THOUSAND FIFTEEN AND 00/100 DOLLARS
Marmar Development, LLC
Beverly Hills, CA 90211
MEMO
AUTHORIZED SIGNATURE

#0130 07/21/2026 $4,015.00


Seq. 4
Dep: 002852
Date: 07/20/26
0910555857
2026-07-21

#0130 07/21/2026 $4,015.00


MARMAR BEDFORD, LLC
Debtor in Possession
GENESIS BANK
0131
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 137.50
ONE HUNDRED THIRTY-SEVEN AND 50/100 DOLLARS
Marmar Development, LLC
Beverly Hills, CA 90211
MEMO
AUTHORIZED SIGNATURE

#0131 07/21/2026 $137.50


Seq: 5
Dep: 002852
Date. 07/20/26
0910555858
2026-07-21

#0131 07/21/2026 $137.50




#0132 07/21/2026 $1,760.00




#0132 07/21/2026 $1,760.00




#0133 07/21/2026 $55.00




#0133 07/21/2026 $55.00




#0134 07/21/2026 $1,485.00




#0134 07/21/2026 $1,485.00




#0135 07/21/2026 $440.00




#0135 07/21/2026 $440.00


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0136
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 82.50
**** EIGHTY-TWO AND 50/100 DOLLARS
Marmar Development, LLC
493 S Robertson Blvd.
Beverly Hills, CA 90211
MEMO AS05280100: AS052525-053026, AS0...
⑈000136⑈ ⑆122245280⑆ 1383⑈

#0136 07/21/2026 $82.50


For Deposit Only to
MARMAR MANAGEMENT LLC
Seq: 10
Dep: 002852
Date: 07/20/26
0910555863
2026-07-21

#0136 07/21/2026 $82.50


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0137
07/17/2026
PAY TO THE ORDER OF NODDLE SURETY & INSURANCE $ 1,666.00
**** ONE THOUSAND, SIX HUNDRED SIXTY-SIX AND 00/100 DOLLARS
Noddle Surety & Insurance
20121 Ventura Boulevard, Suite 104,
Woodland Hills, CA 91364
MEMO Bond No. 0745591/ trust # 74078
⑈000137⑈ ⑆122245280⑆ 1383⑈

#0137 07/29/2026 $1,666.00


For Deposit Only to
NODDLE SURETY & INSURANCE SERVICES, INC
NODDLE SURETY & INSURANCE SERVICES, INC
Seq: 13
Dep: 000629
Date: 07/28/26
0910639988
2026-07-29

#0137 07/29/2026 $1,666.00


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0138
07/17/2026
PAY TO THE ORDER OF NUSSBAUM APC $ 939.50
**** NINE HUNDRED THIRTY-NINE AND 50/100 DOLLARS
Nussbaum APC
27489 Agoura Rd., Suite 102
Agoura Hills, CA 91301
MEMO Inv #127749 (06/18/26)
⑈000138⑈ ⑆122245280⑆ 1383⑈

#0138 07/24/2026 $939.50


For Deposit Only to
NUSSBAUM APC
Seq: 9
Dep: 001158
Date: 07/24/26
0910603337
2026-07-24

#0138 07/24/2026 $939.50


MARMAR BEDFORD, LLC
Debtor in Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0139
07/17/2025
PAY TO THE ORDER OF GP CLEANING SERVICES $ 650.00
**** SIX HUNDRED FIFTY AND 00/100 DOLLARS
GP Cleaning Services
4137 Cudahy St
Huntington Park, CA 90255
MEMO Inv#556 - JUNE 2025
⑈000139⑈ ⑆122245280⑆ 1383⑈

#0139 07/22/2026 $650.00


For Deposit Only - JPMC
0910567483
2026-07-22

#0139 07/22/2026 $650.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0140
07/17/2026
PAY TO THE ORDER OF MARMAR REALTY, INC $ 352.80
**** THREE HUNDRED FIFTY-TWO AND 00/100 DOLLARS DOLLARS
Marmar Realty, Inc
493 S Robertson Blvd.
Beverly Hills, CA 90211
MEMO Inv#0089 (12/22/25), Inv#114 (6/...
AUTHORIZED SIGNATURE
SECURITY FEATURES INCLUDED. DETAILS ON BACK.
⑈000140⑈ ⑆122245280⑆ 1383⑈

#0140 07/27/2026 $352.80




#0140 07/27/2026 $352.80


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0141
07/17/2026
PAY TO THE ORDER OF PACIFIC ENERGY SERVICE $ 96.00
**** NINETY-SIX AND 00/100 DOLLARS DOLLARS
Pacific Energy Service
8090 Glenoaks Blvd., Suite D,
Sun Valley, CA 91352
MEMO 52071148
AUTHORIZED SIGNATURE
SECURITY FEATURES INCLUDED. DETAILS ON BACK.
⑈000141⑈ ⑆122245280⑆ 1383⑈

#0141 07/29/2026 $96.00




#0141 07/29/2026 $96.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0142
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 275.00
**** TWO HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS DOLLARS
Marmar Development, LLC
493 S Robertson Blvd.
Beverly Hills, CA 90211
MEMO JG06260154; 1979857, JG06260055
AUTHORIZED SIGNATURE
SECURITY FEATURES INCLUDED. DETAILS ON BACK.
⑈000142⑈ ⑆122245280⑆ 1383⑈

#0142 07/27/2026 $275.00




#0142 07/27/2026 $275.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211
GENESIS BANK
4675 MacArthur Court, Ste 1600
Newport Beach, CA 92660
0143
07/17/2026
PAY TO THE ORDER OF MARMAR DEVELOPMENT, LLC $ 550.00
**** FIVE HUNDRED FIFTY AND 00/100 DOLLARS DOLLARS
Marmar Development, LLC
493 S Robertson Blvd.
Beverly Hills, CA 90211
MEMO JG06260029; 1979854, JG06260030
AUTHORIZED SIGNATURE
SECURITY FEATURES INCLUDED. DETAILS ON BACK.
⑈000143⑈ ⑆122245280⑆ 1383⑈

#0143 07/27/2026 $550.00




#0143 07/27/2026 $550.00







#0144 07/27/2026 $880.00

#0144 07/27/2026 $880.00







#0145 07/27/2026 $55.00

#0145 07/27/2026 $55.00







#0146 07/27/2026 $700.00

#0146 07/27/2026 $700.00







#0148 07/27/2026 $130.00

#0148 07/27/2026 $130.00


MARMAR BEDFORD, LLC
Debtor In Possession
CH11 Case # 2:25-bk-20775-BB
493 S Robertson Blvd.
Beverly Hills CA 90211

GENESIS BANK
4675 MacArthur Court Ste 1500
Newport Beach CA 92660

0153

07/21/2026

PAY TO THE ORDER OF MARMAR CORNING, LLC $ 150,000.00

*** ONE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS DOLLARS

Marmar Corning, LLC

MEMO July 2026 - 2466

AUTHORIZED SIGNATURE

⑈000153⑈ ⑆122245280⑆ 1383⑈

#0153 07/22/2026 $150,000.00


PAY TO THE ORDER OF
EH NATIONAL BANK
FOR DEPOSIT ONLY
MARMAR CORNING, LLC
00011246
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSIT For Deposit Only
Acct# 112466
Marmar Construction
2026-07-21
0886565803
>122245280<

0886565803 2026-07-21

#0153 07/22/2026 $150,000.00

This page left intentionally blank

GENESIS BANK
4675 MacArthur Ct. Suite 1600
Newport Beach, CA 92660

## *Statement Ending 07/31/2026*

*MARMAR BEDFORD, LLC* *Page 1 of 4*

*Customer Number: XXXXX2587*

### *Managing Your Accounts*

| | |
|---|---|
| Branch Name | Headquarters |
| Service Center | 888-811-7531<br>service@mygenesisbank.com |
| Mailing Address | 4675 MacArthur Ct, Ste 1600<br>Newport Beach, CA 92660 |
| Website | www.mygenesisbank.com |

MARMAR BEDFORD, LLC
DEBTOR-IN-POSSESSION
CASE#2:26-BK-17207-BB
493 S ROBERTSON BLVD
BEVERLY HILLS CA 90211-3603

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| NEXTGEN ANALYZED ACCOUNT | XXXXX2587 | $50,544.68 |

## NEXTGEN ANALYZED ACCOUNT - XXXXX2587

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/24/2026** | **Beginning Balance** | **$0.00** |
| | 1 Credit(s) This Period | $50,544.68 |
| | 0 Debit(s) This Period | $0.00 |
| **07/31/2026** | **Ending Balance** | **$50,544.68** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/24/2026** | **Beginning Balance** | | | **$0.00** |
| 07/31/2026 | DEPOSIT | | $50,544.68 | $50,544.68 |
| **07/31/2026** | **Ending Balance** | | | **$50,544.68** |

### Daily Balances

| Date | Amount |
|---|---|
| 07/31/2026 | $50,544.68 |

FDIC

Follow the steps below to reconcile your statement balance with your check register balance.
*DENOTES A POINT AT WHICH ONE OR MORE CHECK SERIAL NUMBERS ARE UNACCOUNTED FOR THIS STATEMENT PERIOD. IT MAY INDICATE OUTSTANDING CHECKS OR CHECKS SHOWN ON PREVIOUS STATEMENTS.

OUTSTANDING CHECKS
(List outstanding checks, withdrawals, and other debits)

| NO. | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

RECONCILIATION INSTRUCTIONS

1 Sort checks in sequence by check number.

2 Compare each endorsed check with your check stub or check register and mark "PAID."

3 Record the Bank balance shown on front of statement in Box 3 at right. 3 [ ]

4 Compare deposits shown on statement, including bank originated credits, with those entered in your check register. Add any not shown on your statement in Box 4 at right. 4 [ ]

5 Sub-Total Boxes 3 + 4 and record amount in Box 5. 5 [ ]

6 Record total amount of outstanding checks in Box 6. 6 [ ]

7 Subtract Box 6 from Box 5 to record Account Balance in Box 7. 7 [ ]

8 Record your check register balance in Box 8. 8 [ ]

9 Record the total of any bank charges, including monthly service charge and automatic repayments or transfers you have authorized and have been deducted on this statement, in Box 9. 9 [ ]

10 Subtract Box 9 from Box 8 to record Adjusted Check Register Balance in Box 10. 10 [ ]

IMPORTANT: Adjusted check register balance should agree with account balance.
Descriptions of ACH items are printed as supplied by originating company. Any charge for imprinted checks includes state sales tax computed at the current rate when applicable.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 888-811-7531 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, and/or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is an error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR NON-ELECTRONIC TRANSACTIONS:** Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the Bank in writing no later than 30 days after the statement was made available to you.

**PREAUTHORIZED CREDITS:** If you have arranged to have direct deposit(s) made to your account at least once every 60 days from the same person or company, you can call us at 888-811-7531 to verify whether or not the deposit has been made.

---

**CLIENT SERVICE INFORMATION** WRITE to us at the address on the front of the statement or CALL: 888-811-7531

**BILLING RIGHTS SUMMARY** What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, contact us at the address shown on the front of this statement or online at www.mygenesisbank.com. Please provide the following information:

1. Account Information: Your name and account number
2. Dollar Amount: The dollar amount of the suspected error
3. Description of Problem: If you think there is an error on your statement, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may also call us; however, if you only call, we are not required to investigate potential errors and you may have to pay the amount in question.

While we investigate whether there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IMPORTANT INFORMATION ABOUT YOUR CREDIT LINE (IF APPLICABLE)

Periodic INTEREST CHARGES on credit advances under your credit line will begin to accrue on the date credit advances are posted to your Credit Line and for each day during your billing cycle on which you have an outstanding balance at the end of the day.

Balance subject to Interest Rate and Interest Charge Calculation. We calculate the INTEREST CHARGE on your Account by applying the periodic rate to the "daily balance" of your Account (including current transactions). To get the "daily balance," we take the beginning balance of your Account each day, add any new advances and fees, and subtract any payments or credits. This gives use the daily balance.

### FAIR CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

ISN:

122245280
Branch: 603
Teller: 6033

Date: 07/31/2026
Start Time: 3:09:49 PM
Amount: 50,544.68
Account Number: 2587
FAD DDA Credit

FADeposit

Comments:

RT: 122245280 TC: 9

#0000 07/31/2026 $50,544.68

Electronic Item

#0000 07/31/2026 $50,544.68

This page left intentionally blank

| In re: Marmar Bedford, LLC Debtor(s). | CHAPTER: **11** CASE NUMBER: **2:26-bk-17207-BB** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200, Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT FOR THE MONTH ENDING JULY 31, 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/29/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**David Coats** dacoats@raslg.com
**Shannon A Doyle** sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com
**Abram Feuerstein, esq** abram.s.feuerstein@usdoj.gov
**Christopher Giacinto** PLG@ecf.courtdrive.com, PLG@ecf.courtdrive.com
**Christina J Khil** christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
**Crystle Jane Lindsey** clindsey@ghidottiberger.com
**David Samuel Shevitz** David.S.Shevitz@usdoj.gov
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
**Thomas B Ure** tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **9/29/2026** | **Stacy Marin** | **/s/ Stacy Marin** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |