FILED & ENTERED

OCT 01 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

Marmar Bedford, LLC

Debtor(s).

Case No.: 2:26-bk-17207-BB

CHAPTER 11

**COURT'S SUA SPONTE ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE**

Date: October 1, 2026
Time: 10:00 AM
Courtroom: 1539

The Court conducted a hearing on Debtor's motion for use of cash collateral (the "Motion") on October 1, 2026, at 10:00 a.m. The Court having found that the debtor has used cash collateral in substantial amounts without court authority during both the current chapter 11 case (the "Case") and a prior bankruptcy case that closed approximately two weeks prior to the filing of the Case (the "Prior Case") and has never accounted for hundreds of thousands of dollars of cash collateral that it collected during the pendency of the Prior Case, and therefore cannot be trusted to act as a fiduciary for the benefit of its creditors or in a manner that is in the best interest of its bankruptcy

estate, as set forth in more detail on the record at the time of hearing on the Motion, and other good cause appearing therefor,

**IT IS HEREBY ORDERED as follows:**

1. Pursuant to 11 U.S.C. § 1104(a), a chapter 11 trustee shall be appointed in this case.
2. The United States Trustee is directed to appoint a disinterested person to serve as trustee in the Case in accordance with 11 U.S.C. § 1104 as expeditiously as possible.

###

Date: October 1, 2026

Sheri Bluebond
United States Bankruptcy Judge