Crystle Lindsey (SBN: 281944)
Shannon Doyle, Esq. (SBN 207291)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: clindsey@ghidottiberger.com
Email: bknotifications@ghidottiberger.com

Attorneys for Secured Creditor and Movant,
U.S. Bank Trust Company, National Association,
not in its individual capacity, but solely as trustee
on behalf of PRPM 2024-NQM2 Trust, its
successors and/or assignees

FILED & ENTERED

OCT 16 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>MARMAR BEDFORD, LLC,<br><br>Debtor. | Case No.: 2:26-bk-17207-BB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF SECURED CREDITOR TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND IMPOSING 365-DAY BAR TO REFILING**<br><br>Hearing:<br>Date: October 14, 2026<br>Time: 1:00 p.m.<br>Crtrm.: 1539 |

The Motion of secured creditor U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust, its successors and/or assignees (“Movant”), for an order dismissing this Chapter 11 case pursuant to 11 U.S.C. § 1112(b) and barring Marmar Bedford, LLC (the “Debtor”) from refiling for 180 days pursuant to 11 U.S.C. § 349(a) (the “Motion”, Dkt. 40), came on regularly for hearing before this Court on October 14, 2026, at 1:00

p.m., in Courtroom 1539 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 E. Temple Street, Los Angeles, California 90012, the Honorable Sheri Bluebond presiding. Appearances were noted on the record.

The Court, having reviewed the Motion, the Declaration of Authorized Representative of Fay Servicing, LLC, the Declaration of Crystle Lindsey, the Request for Judicial Notice filed in support thereof, and all pleadings and papers on file in this case; the Debtor having filed no opposition to the Motion; and for the reasons stated on the record at the hearing, and **GOOD CAUSE APPEARING** therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** in its entirety;
2. The bankruptcy case is hereby **DISMISSED**; and
3. The Debtor is barred, pursuant to 11 U.S.C. § 349(a), from seeking relief under any chapter of Title 11 of the United States Code for a period of 365 days from the date of entry of this Order.

###

Date: October 16, 2026

Sheri Bluebond
United States Bankruptcy Judge